Andrea Barett 1315455
FCCW
P.O. Box 1000
Troy VA 22974

RECEIVED
AUG 21 2026
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

8/17/2026

RE: Habeas Corpus

Good Day my name is Andrea Barr, I'm currently housed at Fluvanna Correctional Center for women, and the purpose of this letter is to request a Habeas Corpus application. I didn't realize my rights and opportunities until after I was sentenced. However since being incarcerated and receiving the proper mental health medication and opioid blockers, I began my Journey to recovery. My mind is clear and I'm asking the courts for help. Please send

me the documents via Legal mail. I thank you in advance

Respectfully
Submitted

Andrea Borel

cc Stella Borr

36090 Borrtown rd
Gladesprings VA 24340

attorney general Jay Jones

Governor Abigail Spanberger