Andeza [illegible] 1?31?9
F.C.C.W
P.O Box 1000
Troy VA 22974

RICHMOND VA RPDC 230
19 AUG 2026 PM 4 L

RECEIVED - INSPECTOR #1
AUG 18 2026
FCCW MAILROOM

USA ★ FOREVER

U.S. MARSHALS
INSPECTED

Legal mail

United States Eastern District Court
701 East Broad Street
Richmond, Va 23219

23219-183399

THE VIRGINIA DEPARTMENT OF CORRECTIONS
HAS NEITHER CENSORED NOR INSPECTED
THIS ITEM. THEREFORE THE DEPARTMENT
DOES NOT ASSUME RESPONSIBILITY FOR
ITS CONTENTS.

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019